IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUSAN JORDAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:21-cv-04141-LMM |
| SUMMIT HOSPITALITY, LLC, | : | |
| SANJAY A. PATEL, and KAYLASH | : | |
| PATEL, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Consistent with the parties' Stipulation of Dismissal with Prejudice [11], the Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 15th day of November, 2021.

**Leigh Martin May**
**United States District Judge**